UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.W.; H.C.; W.W. | Case No. CV 10-07015 JGB(Ex) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| LONG BEACH UNIFIED SCHOOL DISTRICT | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' claims for relief available under the Individuals with Disabilities Education Act are DISMISSED WITHOUT PREJUDICE from Plaintiffs' First Amended Complaint. The Court orders that such judgment be entered.

Dated: May 3, 2013

JESUS G. BERNAL
United States District Judge