1 | **GIBEAUT, MAHAN & BRISCOE**
GARY R. GIBEAUT – CSB# 70951
2 | e-mail: grgibeaut@gmb-law.com
NANCY MAHAN-LAMB – (State Bar No. 117997)
3 | e-mail: nmahan-lamb@gmb-law.com
JOHN W. ALLEN ESQ. – (State Bar No. 137469)
4 | e-mail: jallen@gmb-law.com
6701 Center Drive West, Suite 611
5 | Los Angeles, California 90045
Telephone: (310) 410-2020 ♦ Fax: (310) 410-2010

JS-6

7 | Attorney for Defendant, LONG BEACH UNIFIED SCHOOL DISTRICT

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| H.W., H.C., and W.W., | Case No. CV10-07015 JGB-E |
|---|---|
| Plaintiffs, | *Assigned to the Honorable Jesus G. Bernal* |
| v. | **ORDER RE: DISMISSAL** |
| LONG BEACH UNIFIED SCHOOL DISTRICT, | |
| Defendants. | |

   GOOD CAUSE APPEARING HEREIN, based on the resolution of this matter in its entirety.

   IT IS HEREBY ORDERED that Case No.: CV10-07015 JGB-E be dismissed with prejudice at this time.

DATED: August 6, 2013

_____
HON. JESUS G. BERNAL
United States District Judge

JS-6